**UNITED STATES BANKRUPTCY COURT**

STATEMENT REGARDING CORPORATE OWNERSHIP OF
CALIBER HOME LOANS, INC.

☑ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

    Name:     LSF6 Service Operations, LLC
    Address:  2711 N. Haskell Avenue, Suite 1700, Dallas, TX 75204

    Name:     LSF6 Mid-Servicer Holdings, LLC
    Address:  2711 N. Haskell Avenue, Suite 1700, Dallas, TX 75204

    Name:     LSF Pickens Holdings, LLC
    Address:  2711 N. Haskell Avenue, Suite 1700, Dallas, TX 75204

(For additional names, attached an addendum to this form)

☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

I declare under penalty of perjury that the foregoing is true and correct. This Statement is valid for 90 days from execution unless the corporate ownership changes, at which time a new Statement will be executed by Caliber Home Loans, Inc. as applicable.

Dated: May 21, 2018

                                         Authorized Signatory for
                                         Caliber Home Loans, Inc.

                                         Aubrey L. Meyers
                                         Print Name

                                         Secretary
                                         Title

# **Addendum**

Name:     LSF6 Pickens Super Holdings, LLC
Address:  2711 N. Haskell Avenue, Suite 1700, Dallas, TX 75204

Name:     LSF6 Mortgage Holding III Operations, LLC
Address:  2711 N. Haskell Avenue, Suite 1700, Dallas, TX 75204